**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennis Michael GALLIPEAU,**
**Defendant–Appellant.**

**No. 11–7150.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 8, 2011.

Decided: Nov. 15, 2011.

Dennis Michael Gallipeau, Appellant Pro Se. Dean A. Eichelberger, Susan Zalkin Hitt, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Dennis Michael Gallipeau seeks to appeal the district court's order in a habeas proceeding denying his motion for a protective order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Gallipeau seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*